IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KATHY FLORENCE GOODLETT | ) | CASE NO. 14-11122 |
| SSN: XXX-XX-7374 | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | |

## NOTICE OF APPEARANCE

S. Troy Staley, of Hutchens Law Firm, does herewith give notice of his appearance in the above-styled matter as attorney for Capital Bank, a division of First Tennessee Bank National Association.

Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

| | | |
|---|---|---|
| **Capital Bank, a division of First Tennessee Bank National Association** <br> **c/o S. Troy Staley** <br> **Bankruptcy Department** <br> **P.O. Box 2505** <br> **Fayetteville, NC 28302** <br> **(910) 864-2668** <br> **(910) 864-6177 (fax)** <br> **bkymail@hutchenslawfirm.com** | **Capital Bank, a division of First Tennessee Bank National Association represented by:** | **S. Troy Staley** <br> **4317 Ramsey Street** <br> **Post Office Box 2505** <br> **Fayetteville, NC 28302** <br> **(910) 864-2668** <br> **(910) 864-6177 (fax)** <br> **bkymail@hutchenslawfirm.com** |

This the 15th day of June, 2018.

HUTCHENS LAW FIRM

BY:  *s:/S. Troy Staley*
    S. TROY STALEY
    Attorney for Creditor
    NC State Bar No: 43229
    Post Office Box 2505
    4317 Ramsey Street
    Fayetteville, NC 28302
    (910) 864-2668

Firm Case No: 1245335 (BK.FAY)

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Attorney for Debtor:
Sherri Lynn Hamlett
P.O. Drawer 59
Burlington, NC  27216

Chapter 13 Trustee:
Anita Jo Kinlaw Troxler
500 W. Friendly Ave.
P. O. Box 1720
Greensboro, NC  27402-1720

      This the 15th day of June, 2018.

                      HUTCHENS LAW FIRM

                        BY:  *s:/S. Troy Staley*
                              S. TROY STALEY
                              Attorney for Creditor
                              NC State Bar No: 43229
                              Post Office Box 2505
                              4317 Ramsey Street
                              Fayetteville, NC 28302
                              (910) 864-2668

Firm Case No: 1245335 (BK.FAY)