Form B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina
## Greensboro Division

In re:   Kathy Florence Goodlett          Case No:   14-11122

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| Capital Bank, a division of First Tennessee Bank National Association | Habitat for Humanity of Alamance County |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notice to
transferee should be sent:
   Capital Bank, a division of First
   Tennessee Bank National Association
   1 Corporate Drive, Suite #360
   Lake Zurich, IL 60047

Court Claim # (If known)   7

Amount of Claim          $34,542.60

Date Claim Filed         November 13, 2014

Phone:   (800) 669-0340
Last Four Digits of Acct #:   3402

Phone:
Last Four Digits of Acct #:   0171

Name and Address where transferee
payments should be sent (if different from
above):
   Capital Bank, a division of First
   Tennessee Bank National Association
   1 Corporate Drive, Suite #360
   Lake Zurich, IL 60047
Phone:   (800) 669-0340
Last Four Digits of Acct #:   3402

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _S. Troy Staley_          Date: July 5, 2018
Transferee's Agent- S. Troy Staley

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

Firm Case No:  1246363 (BK.FAY)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Debtor:
Kathy Florence Goodlett
P.O. Box 3114
Burlington, NC  27215

Attorney for Debtor:
Sherri Lynn Hamlett
P.O. Drawer 59
3453 Forestdale Drive
Burlington, NC  27216

Chapter 13 Trustee:
Anita Jo Kinlaw Troxler
500 W. Friendly Ave.
P. O. Box 1720
Greensboro, NC  27402-1720

This the 5th day of July, 2018.

HUTCHENS LAW FIRM

BY:  *s:/S. Troy Staley*
　　　　　 S. TROY STALEY
　　　　　 Attorney for Creditor
　　　　　 NC State Bar No: 43229
　　　　　 Post Office Box 2505
　　　　　 4317 Ramsey Street
　　　　　 Fayetteville, NC 28302
　　　　　 (910) 864-2668

Firm Case No:  1246363 (BK.FAY)