**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**

Case 14-11122   Doc 27-1   Filed 07/05/18   Page 1 of 1