**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **Kathy Florence Goodlett** ) | **CASE NO. 14-11122** |
| **SSN:  XXX-XX-7374** ) | |
| ) | **CHAPTER 13** |
| **DEBTOR** ) | |

**WITHDRAWAL**
**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

   **NOW COMES**, Capital Bank, a division of First Tennessee Bank National Association and withdraws its *Transfer Of Claim Other Than For Security* previously filed in this matter on or about **July 5 2018.**

   This the 18th day of July, 2018.

                        HUTCHENS LAW FIRM

                        BY:  *s/S. Troy Staley*
                                S. TROY STALEY
                                Attorney for Creditor
                                NC State Bar No: 43229
                                Post Office Box 2505
                                4317 Ramsey Street
                                Fayetteville, NC 28302
                                (910) 864-2668

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Debtor:
Kathy Florence Goodlett
P.O. Box 3114
Burlington, NC  27215

Attorney for Debtor:
Sherri Lynn Hamlett
P.O. Drawer 59
3453 Forestdale Drive
Burlington, NC  27216

Chapter 13 Trustee:
Anita Jo Kinlaw Troxler
500 W. Friendly Ave.
P. O. Box 1720
Greensboro, NC  27402-1720

  This the 18th day of July, 2018.

          HUTCHENS LAW FIRM

         BY:  *s/S. Troy Staley*
           S. TROY STALEY
           Attorney for Creditor
           NC State Bar No: 43229
           Post Office Box 2505
           4317 Ramsey Street
           Fayetteville, NC 28302
           (910) 864-2668